IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP TRAINA *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>    Defendants.<br>_____/ | No. C 12-1953 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On May 31, 2012, defendant Wells Fargo filed a motion to dismiss and to strike portions of plaintiffs' complaint. Pursuant to Civil Local Rule 7-3(a), plaintiffs' opposition was due June 14, 2012. Plaintiffs did not file an opposition, nor have they taken any action in this case since it was removed from state court.

Accordingly, plaintiffs are **ORDERED TO SHOW CAUSE in writing by July 19, 2012**, why this case should not be dismissed for failure to prosecute. The July 27, 2012 hearing on defendant's motion to dismiss and strike is VACATED. The Court will reschedule the hearing on the motion if necessary. Failure to comply with these deadlines will result in the dismissal of plaintiff's complaint without prejudice.

**IT IS SO ORDERED.**

Dated: July 9, 2012

_____
SUSAN ILLSTON
United States District Judge