IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP TRAINA *et al.*, <br><br>    Plaintiffs, <br><br>  v. <br><br> WELLS FARGO BANK, N.A., *et al.*, <br><br>    Defendants. <br> _____ / | No. C 12-1953 SI <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

In an order filed July 9, 2012, the Court ordered plaintiffs to show cause in writing by July 19, 2012, why this case should not be dismissed for failure to prosecute. Plaintiffs have not responded to the Court's order, nor have they taken any action in this case since it was removed from state court.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice for failure to prosecute. All pending motions are denied as moot.

**IT IS SO ORDERED.**

Dated: July 24, 2012

                                                     SUSAN ILLSTON <br>
                                                   United States District Judge