**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP TRAINA *et al.*, | No. C 12-1953 SI |
| Plaintiffs, | **ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| v. | |
| WELLS FARGO BANK, N.A., *et al.*, | |
| Defendants. | |

In an order filed July 9, 2012, the Court ordered plaintiffs to show cause in writing by July 19, 2012, why this case should not be dismissed for failure to prosecute. Plaintiffs have not responded to the Court's order, nor have they taken any action in this case since it was removed from state court.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice for failure to prosecute. All pending motions are denied as moot.

**IT IS SO ORDERED.**

Dated: July 24, 2012

_____
SUSAN ILLSTON
United States District Judge