IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP TRAINA *et al.*,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.

                                         /

No. C 12-1953 SI

**JUDGMENT**

    This case has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

    **IT IS SO ORDERED.**

Dated: July 24, 2012

                                                 SUSAN ILLSTON
                                                 United States District Judge